Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: tanya@moorelawfirm.com

Attorney for Plaintiff
Oscar Flores

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUSTAVO MENDOZA RAMOS, individually and dba MUEBLERIA Y BOUTIQUE TERESITA aka JOYERIA & BOUTIQUE TERESITA, et al.;<br><br>　　　　Defendants. | No. 1:15-cv-01398---MJS<br><br>**SECOND STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS; ORDER** |

SECOND STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER

Page 1

1   **WHEREAS,** Plaintiff, Oscar Flores ("Plaintiff"), and Defendants, Gustavo Mendoza Ramos, individually and dba Muebleria Y Boutique Teresita aka Joyeria & Boutique Teresita and Teresa Ortiz Mendoza, individually and dba Muebleria Y Boutique Teresita aka Joyeria & Boutique Teresita ("Defendants," and together with Plaintiff, "the Parties"), previously entered into a stipulation granting Defendants to and including November 10, 2015 to file a responsive pleading in this matter (Dkt. 6);

**WHEREAS,** Plaintiff and Defendants are engaged in settlement negotiations and are hopeful that a settlement can be reached informally, and desire to conserve attorney's fees which would be incurred in filing responsive pleadings while they exhaust settlement efforts;

**IT IS HEREBY STIPULATED** by and between the Parties, by and through their attorneys of record, that Defendants may have to and including November 20, 2015 to file responsive pleadings in this matter. This extension of time does not alter the date of any event or any deadline already fixed by Court order.

Dated: November 20, 2015              MOORE LAW FIRM, P.C.

                                      */s/ Tanya E. Moore*
                                      Tanya E. Moore
                                      Attorney for Plaintiff,
                                      Oscar Flores

Dated:  November 20, 2015             McCORMICK, BARSTOW, SHEPPARD,
                                      WAYTE & CARRUTH LLP


                                      */s/  Victoria R. Bernhardt*
                                      Victoria R. Bernhardt
                                      Attorneys for Defendants
                                      GUSTAVO MENDOZA RAMOS, individually
                                      and dba MUEBLERIA Y BOUTIQUE TERESITA
                                      aka JOYERIA & BOUTIQUE TERESITA;
                                      TERESA ORTIZ MENDOZA, individually and
                                      dba MUEBLERIA Y BOUTIQUE TERESITA aka
                                      JOYERIA & BOUTIQUE TERESITA

SECOND STIPULATION EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINT; ORDER

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants, Gustavo Mendoza Ramos, individually and dba Muebleria Y Boutique Teresita aka Joyeria & Boutique Teresita and Teresa Ortiz Mendoza, individually and dba Muebleria Y Boutique Teresita aka Joyeria & Boutique Teresita, shall have to and including November 20, 2015 within which to file responsive pleadings.

IT IS SO ORDERED.

Dated:   November 10, 2015              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE