1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Victoria R. Bernhardt, #157294
   7647 North Fresno Street
3  Fresno, California 93720
   Telephone:    (559) 433-1300
4  Facsimile:    (559) 433-2300

5  Attorneys for Defendants
   GUSTAVO MENDOZA RAMOS, individually
6  and dba MUEBLERIA Y BOUTIQUE
   TERESITA aka JOYERIA & BOUTIQUE
7  TERESITA and TERESA ORTIZ MENDOZA,
   individually and dba MUEBLERIA Y
8  BOUTIQUE TERESITA aka JOYERIA &
   BOUTIQUE TERESITA

9                    UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11

12

   OSCAR FLORES,                          Case No. 1:15-CV-01398
13
              Plaintiff,                  **STIPULATION AND ORDER TO**
14                                        **CONTINUE SCHEDULING**
       v.                                 **CONFERENCE**
15
   GUSTAVO MENDOZA RAMOS,                 Date:    December 17, 2015
16 individually and dba MUEBLERIA Y       Time:    10:30 am
   BOUTIQUE TERESITA aka JOYERIA &        Crtrm.:  #6
17 BOUTIQUE TERESITA; TERESA ORTIZ
   MENDOZA, individually and dba
18 MUEBLERIA Y BOUTIQUE TERESITA aka
   JOYERIA & BOUTIQUE TERESITA,
19
              Defendants.
20

21       IT IS HEREBY STIPULATED by and between Plaintiff OSCAR FLORES and

22 Defendants GUSTAVO MENDOZA RAMOS, individually and dba MUEBLERIA Y

23 BOUTIQUE TERESITA aka JOYERIA & BOUTIQUE TERESITA and TERESA ORTIZ

24 MENDOZA, individually and dba MUEBLERIA Y BOUTIQUE TERESITA aka JOYERIA &

25 BOUTIQUE TERESITA ("Defendants"), by and through their respective counsel:

26       1.    The Scheduling Conference currently scheduled for December 17, 2015, be vacated

27 and moved to January 14, 2016, or to a date that is convenient for the court.

28       2.    There is good cause for this short continuation because the parties are in the

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

56694-00000 3695095.1

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE

1  process of settlement discussions and are very close to trying to resolving this matter but would

2  like to keep costs and attorney fees down so this matter has the best chance of settling.

3       3.       For the same reasons, pursuant to Federal Rule of Civil Procedure 6(a) and Local

4  Rule 144(a), Defendants may have to and including January 8, 2016 to file a responsive pleading

5  in this matter.

6  Dated:  December 10, 2015                    McCORMICK, BARSTOW, SHEPPARD,
                                                WAYTE & CARRUTH LLP
7

8

9                                       By:_____*/s/ Victoria R. Bernhardt*_____
                                                Victoria R. Bernhardt
10                                              Attorneys for Defendants
                                        GUSTAVO MENDOZA RAMOS, individually and
11                                      dba MUEBLERIA Y BOUTIQUE TERESITA aka
                                        JOYERIA & BOUTIQUE TERESITA and
12                                      TERESA ORTIZ MENDOZA, individually and dba
                                        MUEBLERIA Y BOUTIQUE TERESITA aka
13                                      JOYERIA & BOUTIQUE TERESITA

14
   Dated:  December 10, 2015                    McCORMICK, BARSTOW, SHEPPARD,
15                                              WAYTE & CARRUTH LLP

16

17
                                        By:_____*/s/ Tanya E. Moore*_____
18                                              Tanya E. Moore
                                                Attorney for Plaintiff
19                                              OSCAR FLORES

20

21

22

23

24

25

26

27

28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

56694-00000 3695095.1                         2
          STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE

1

## **ORDER**

2    IT IS HEREBY ORDERED that:

3    1.    The December 17, 2015 Status Conference Re: Consent to Magistrate Judge

4 Jurisdiction is vacated and rescheduled to January 15, 2016, at 10:30 am, in Courtroom #6  before

5 Magistrate Judge Michael J. Seng.

6    2.    Defendants may have to and including January 8, 2016, to file a responsive

7  pleading in this matter.

8

9 IT IS SO ORDERED.

10

Dated:    December 14, 2015         /s/ *Michael J. Seng*

11                                         UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

56694-00000 3695095.1                    3

STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE