1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  service@moorelawfirm.com

5  Attorney for Plaintiff
   Oscar Flores

6

7

8                  **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10

11  OSCAR FLORES,                    )  No.  1:15-cv-01398---MJS
                                     )
12            Plaintiff,             )  **NOTICE OF VOLUNTARY DISMISSAL**
                                     )  **OF ACTION; ORDER**
13       vs.                         )
                                     )
14  GUSTAVO MENDOZA RAMOS,           )
    individually and dba MUEBLERIA Y )
15  BOUTIQUE TERESITA aka JOYERIA &  )
    BOUTIQUE TERESITA, et al.,       )
16                                   )
                                     )
17            Defendants.            )
    _____)
18

19       WHEREAS, no Defendant has filed an answer or motion for summary judgment;

20       WHEREAS, Plaintiff and Defendants have settled the matter;

21       WHEREAS, no counterclaim has been filed;

22       Plaintiff hereby respectfully requests that this action be dismissed with prejudice

23  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

24

25  Date: January 4, 2016                MOORE LAW FIRM, P.C.

26

27                                       _/s/ Tanya E. Moore_____
                                         Tanya E. Moore
28                                       Attorney for Plaintiff
                                         Oscar Flores

NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER

1

**ORDER**

2          Good cause appearing, Case No. 1:15-cv-1398---MJS, is hereby dismissed with

3    prejudice in its entirety at the request of Plaintiff.

4

5    IT IS SO ORDERED.

6

7       Dated:   January 5, 2016              /s/ *Michael J. Seng*

8                                         UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER